ACCEPTED
03-15-00461-CV
7098487
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/25/2015 10:33:01 AM
JEFFREY D. KYLE
CLERK

## APPELLATE DOCKET NO: 03-15-0461-CV

| | | |
|---|---|---|
| **BROWN REAL ESTATE VENTURES 5,** | § § § | **THIRD DISTRICT** |
| *Cross-Appellant,* | § § § | |
| **v.** | § § | **COURT OF APPEALS** |
| **HDI PLASTICS, INC.,** | § | **AUSTIN, TEXAS** |
| *Cross-Appellee.* | | |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/25/2015 10:33:01 AM
JEFFREY D. KYLE
Clerk

### HOPKINS & WILLIAMS, PLLC'S AND M. MATTHEW WILLIAMS' MOTION TO WITHDRAW AS ATTORNEYS IN CHARGE

**TO THE HONORABLE JUDGE OF THIS COURT:**

Hopkins & Williams, PLLC and M. Matthew Williams (collectively "Attorneys") move this Court to allow their withdrawal as the attorneys in charge for Cross-Appellee, HDI Plastics, Inc. ("Cross-Appellee HDI"), who has terminated Attorneys' representation based upon the company's insolvency and inability to pay its current or future attorney's fees.

### A. Facts

1.      Cross-Appellant is BROWN REAL ESTATE VENTURES 5 ("Cross-Appellant").

2.      Cross-Appellee HDI is a domestic corporation.

3.      On January 10, 2014, Cross-Appellant sued Cross-Appellee HDI for violations of the Texas Uniform Fraudulent Transfer Act.

4.      The Final Judgment in this case was entered on May 28, 2015.

5.      After two hearings, Cross-Appellee HDI had the judgment against it reduced by $448,650.00.

Motion to Withdraw (HDI)

- 1 -

6.     Cross Motions to Modify, Correct and Reform the Judgment were both denied on August 4, 2015, and Cross-Appellant has appealed the judgment against Cross-Appellee HDI to the Third District Court of Appeals.

7.     On or about August 31, 2015, Cross-Appellee HDI entirely ceased its business operations after being unable to pay its employees for approximately two weeks. President of Cross-Appellee HDI, Kenneth Brimmer, has confirmed to Attorneys that Cross-Appellee HDI cannot pay its sizable attorney's fees currently owed to Attorneys, incurred before, during, and after the seven-day trial, and thereafter expressly terminated Attorneys' services in this lawsuit effective immediately.

8.     On September 22, 2015, Cross-Appellee HDI informed Attorneys of its desire to discharge Attorneys and to have Attorneys withdrawn as the attorneys of record in this lawsuit effective immediately.

## B. Argument & Authorities

9.     A client may discharge his attorney at any time even without cause, and Cross-Appellee HDI, who is insolvent, desires the immediate discharge of its Attorneys from this lawsuit and appeal and desires Attorneys' immediate withdrawal from this lawsuit and appeal as the lawyers for Cross-Appellee HDI. *See Rogers v. Clinton*, 794 S.W. 2d 9, 10 n.1 (Texas 1990). Cross-Appellee HDI agrees to this motion as follows:

**AGREED BY:**

HDI Plastics, Inc.,

By: _____
Kenneth Brimmer, President

10. Contemporaneous with the filing of this motion, Attorneys have delivered a copy of this motion to Cross-Appellee HDI and have notified its President, Kenneth Brimmer, in writing, by both certified and regular mail, of its right to object to the motion.

11. As stated in paragraphs 8 and 9 *supra*, Cross-Appellee HDI consents to this motion.

12. The last known address of Cross-Appellee HDI in Taylor, Texas is no longer valid because its business is no longer operating at that or any other location in the state. Cross-Appellee HDI's President, Kenneth Brimmer, can therefore be served at his last known business address: 10275 Wayzata Blvd., Minnetonka, MN 55305.

13. Cross-Appellee HDI has been served with post-judgment interrogatories and requests for production, which Cross-Appellee HDI is unable to answer because of the loss of its employees and loss of access to its books and records, the location of which is currently unknown to Attorneys. These post-judgment discovery responses are due on September 23, 2015. Other than these discovery responses, there are no pending settings or deadlines in this case known to Attorneys at the present time. Cross-Appellee HDI will likely have appellate deadlines set by the Third District Court of Appeals in the near future.

## C. Conclusion

14.     In conclusion, Cross-Appellee HDI desires that Attorneys withdraw as the attorneys of record in this lawsuit and agrees to this motion, and Attorneys seek to withdraw because Cross-Appellee HDI is insolvent and cannot pay its current or future attorney's fees.

## D. Prayer

15.     For these reasons, Hopkins & Williams, PLLC and attorney M. Matthew Williams ask the Court to grant their motion to immediately withdraw as the attorneys in charge for Cross-Appellee, HDI Plastics, Inc. in this lawsuit and on appeal.

Respectfully submitted,

Hopkins & Williams, PLLC
12117 Bee Caves Road, Suite 260
Austin, Texas 78738
(512) 600-4320 – Telephone
(512) 600-4326 – Facsimile

By: _____

M. Matthew Williams
Texas State Bar No. 24047115
Mark D. Hopkins
Texas State Bar No. 00793975
Glenn A. Brown
Texas State Bar No. 00796255

ATTORNEYS FOR CROSS-APPELLEE

## CERTIFICATE OF CONFERENCE

I certify that I attempted to confer with Michael Deitch via email on Thursday, September 24, 2015 11:04 a.m. regarding HOPKINS & WILLIAMS, PLLC'S AND M. MATTHEW WILLIAMS' MOTION TO WITHDRAW AS ATTORNEYS IN CHARGE, and he has not responded to my inquiry about whether or not he opposes the motion.

 

_____

M. Matthew Williams

## CERTIFICATE OF SERVICE

I hereby certify that this HOPKINS & WILLIAMS, PLLC'S AND M. MATTHEW WILLIAMS' MOTION TO WITHDRAW AS ATTORNEYS IN CHARGE for CAUSE NO. D-1-GN-12-000807 has been forwarded to the following persons in the stated manner on the 25th day of September 2015:

***Via Electronic File Manager***
Michael Deitch
The Deitch Law Offices
800 Rio Grande
Austin, TX  78701
512/474-1554
512/474-1579 (telecopy)
mike.d@dhpc-law.com (e-mail)
brian@dhpc-law.com (e-mail)

***Via Certified Mail Return Receipt Requested***
***And Regular Mail***

HDI Plastics, Inc.
Attn: Kenneth Brimmer
10275 Wayzata Blvd
Minnetonka, MN 55305

_____
M. Matthew Williams

**STATE OF TEXAS §**
**COUNTY OF TRAVIS §**

## <u>VERIFICATION</u>

Before me, the undersigned notary, on this day personally appeared M. Matthew Williams, a person whose identity is known to me. After I administered an oath to him, upon his oath he said that he has read HOPKINS & WILLIAMS, PLLC'S AND M. MATTHEW WILLIAMS' MOTION TO WITHDRAW AS ATTORNEYS IN CHARGE and that the facts stated in it are within his personal knowledge and are true and correct.

_____
M. Matthew Williams, for himself and for
the firm Hopkins & Williams, PLLC

SUBSCRIBED AND SWORN TO before me by M. Matthew Williams on this the 23rd day of September 2015.

_____
Notary Public, State of Texas

CYNTHIA N. HANRAHAN
Notary Public, State of Texas
My Commission Expires
August 11, 2018